IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LUIS ALBERTO LUNA,

    Petitioner,                      No. 2:10-cv-3287 KJN P

    vs.

STATE OF CALIFORNIA,

    Respondent.                    ORDER

         Petitioner, a state prisoner proceeding without counsel, has filed an "emergency" application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, based on his contention that he "remain[s] under false imprisonment on an invalid bad faith conviction," and due to the alleged "statutory deadline" of December 8, 2010, by which petitioner asserts he was required to file his habeas petition.  (Dkt. No. 1, at 1, 6A.)

         The court does not find exigent circumstances requiring the expedited processing of the instant petition.  Petitioner filed his petition on the asserted deadline of December 8, 2010, and the conviction he challenges appears related to a 2001 incident at California State Prison - Corcoran.  (Id. at 1, 6A.)  Petitioner is presently incarcerated at the Correctional Training Facility in Soledad, California.  (Id. at 1.)  Thus, the court finds neither a timing nor safety rationale for requiring the expedited processing of the instant petition.

1

Although petitioner states that he seeks in forma pauperis status, he has not filed an in forma pauperis affidavit or paid the required filing fee ($5.00).  See 28 U.S.C. §§ 1914(a); 1915(a).  Therefore, petitioner will be provided the opportunity to either submit the appropriate affidavit in support of his request to proceed in forma pauperis or submit the appropriate filing fee.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Petitioner's request that his petition be processed in an expedited manner is denied;

2. Petitioner shall submit, within thirty days from the date of this order, an affidavit in support of his request to proceed in forma pauperis or the appropriate filing fee; petitioner's failure to comply with this order will result in the dismissal of this action; and

3. The Clerk of the Court is directed to send petitioner a copy of the in forma pauperis form used by this district.

DATED:  December 14, 2010

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

luna3287.101a